NICHOLAS & TOMASEVIC, LLP
Craig M. Nicholas (SBN 178444)
Mei-Ying Imanaka (SBN 280472)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PATRICK BROWN, an individual,<br><br>           Plaintiff,<br><br>     v.<br><br>MICHAELS STORES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 2:14-cv- 05617-CAS-PLA<br>Honorable Christina A. Snyder<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:   June 18, 2014<br>Removal Date:     July 19, 2014 |

**TO THE COURT AND ALL PARTIES:**

**IT IS HEREBY STIPULATED**, by Plaintiff James Patrick Brown and Defendant Michaels Stores, Inc. that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear its own fees and costs.

Respectfully submitted,

Dated: December 18, 2014    NICHOLAS & TOMASEVIC, LLP

By: */s/Mei-Ying Imanaka*
Craig M. Nicholas
Mei-Ying Imanaka
Attorneys for Plaintiff

Dated: December 18, 2014    SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: */s/ Bradley Leimkuhler*
Gregory F. Hurley
Bradley Leimkuhler
Attorneys for Defendant

I, Mei-Ying Imanaka, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.

/s/*Mei-Ying Imanaka*
Mei-Ying Imanaka