JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PATRICK BROWN, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAELS STORES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 2:14-cv- 05617-CAS-PLA<br>Honorable Christina A. Snyder<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE<br><br>Complaint Filed:  June 18, 2014<br>Removal Date:      July 19, 2014 |

The Court, having considered the Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the Parties, finds that this action shall be dismissed with prejudice. Each party is to bear its own fees and costs.

Dated:  December 22, 2014

*Christina A. Snyder*
_____
Christina A. Snyder
United States District Court Judge